■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. BAILEY, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered November 19, 2009. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, as a class D felony (two counts) and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. HOWARD, Appellant. [921 NYS2d 581]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered June 2, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.